**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| Tetris Holding, LLC | ) | |
|---|---|---|
| | ) | Case No. 1: 23-cv-4608 |
| v. | ) | |
| | ) | Judge: Hon. Jeffrey I. Cummings |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | ) ) ) ) | Magistrate: Hon. Beth W. Jantz |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 212 | BestOff-US | A67REL6BY0T14 |

dismisses them from the suit without prejudice.

Dated this 15th Day of December 2023.   Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com