# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Tetris Holding, LLC )
)  Case No. 1: 23-cv-4608
v. )
)  Judge: Hon. Jeffrey I. Cummings
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS )  Magistrate: Hon. Beth W. Jantz
IDENTIFIED ON SCHEDULE A )
)

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 52 | 3C Global Store | 1100462792 |
| 54 | lovejewelry04 | 1100692357 |
| 94 | Mommy&Baby Shopping Store | 1101349841 |
| 121 | LovelyBaby Dropshipping Store | 1101617823 |

dismisses them from the suit without prejudice.

Dated this 23rd Day of January 2024.              Respectfully submitted,

                                            By:      s/David Gulbransen/
                                                  David Gulbransen
                                                  Attorney of Record
                                                  Counsel for Plaintiff

                                                  David Gulbransen (#6296646)
                                                  Law Office of David Gulbransen
                                                  805 Lake Street, Suite 172
                                                  Oak Park, IL 60302
                                                  (312) 361-0825 p.
                                                  (312) 873-4377 f.
                                                  david@gulbransenlaw.com