**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Tetris Holding, LLC ) | |
| ) | Case No. 1: 23-cv-4608 |
| v. ) | |
| ) | Judge: Hon. Jeffrey I. Cummings |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Beth W. Jantz |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 216 | Stondino | ADIVHM7HJIXOQ |
| 391 | SHS Co.Ltd | 101177970 |

dismisses them from the suit without prejudice.

Dated this 19th Day of February 2024.          Respectfully submitted,


By:     s/David Gulbransen/
        David Gulbransen
        Attorney of Record
        Counsel for Plaintiff

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com